**David LIBRACE Plaintiff-Appellant**

v.

**Nancy A. BERRYHILL, Acting Commissioner of the Social Security Administration Defendant-Appellee**

No. 17-2249

United States Court of Appeals, Eighth Circuit.

Submitted: January 16, 2018

Filed: January 24, 2018

David Librace, Pro Se

Jonathan Ryan Clark, Traci B. Davis, Social Security Administration, Office of General Counsel Region VI, Dallas, TX,

Western District of Arkansas.

---

1. The Honorable P.K. Holmes, III, Chief Judge, United States District Court for the

Stacey E. McCord, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Arkansas, Little Rock, AR, for Defendant-Appellee

Before GRUENDER, BOWMAN, and KELLY, Circuit Judges.

PER CURIAM.

David Librace appeals from the order of the District Court[1] affirming the denial of disability insurance benefits. The only orders properly before this Court on appeal are the orders granting the Commissioner's motion for relief filed under Rule 60(a) of the Federal Rules of Civil Procedure and denying Librace's motion to alter or amend filed under Rule 59(e) of the Federal Rules of Civil Procedure. We conclude that the District Court did not abuse its discretion in making those rulings. See Keller v. City of Fremont, 719 F.3d 931, 946 (8th Cir. 2013) (reviewing the district court's ruling on a Rule 60(a) motion for an abuse of discretion); Sipp v. Astrue, 641 F.3d 975, 981 (8th Cir. 2011) (reviewing the district court's ruling on a Rule 59(e) motion for an abuse of discretion). We affirm the judgment of the district court. See 8th Cir. R. 47B.

---

1. The Honorable D.P. Marshall Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendation of the Honorable Patricia S. Harris, United States Magistrate Judge for the Eastern District of Arkansas.